THE STATE OF OHIO, APPELLEE, v. CROWLEY, APPELLANT.

[Cite as *State v. Crowley,* 99 Ohio St.3d 146, 2003-Ohio-2766.]

(No. 2003–0242—Submitted May 14, 2003—Decided June 11, 2003.)

---

{¶ 1} The judgment of the court of appeals on the sole proposition of law is affirmed on the authority of *State v. Fisher,* 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Jennifer L. Coriell, Assistant Prosecuting Attorney, for appellee.

Donald C. Schumacher, for appellant.